IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD W. GOFF,<br>Petitioner, | Civil Action No. 7:09-cv-00280 |
| v. | **ORDER** |
| TERRY O'BRIEN, et al.,<br>Respondents. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that respondents the Warden of the United States Disciplinary Barracks at Fort Leavenworth, Kansas, and the United States Secretary of the Army are **TERMINATED** as respondents to this action.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 23rd day of July, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge